

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-55,734-08 & 55,734-09

## EX PARTE CLARENCE ALONZO MUMFORD, Applicant

## ON APPLICATIONS FOR A WRITS OF HABEAS CORPUS CAUSE NOS. 341232-A & 336901-B IN THE 183RD DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of two cases of aggravated robbery and sentenced to forty-five years' imprisonment in each case. The First Court of Appeals affirmed his convictions. *Mumford v. State*, Nos. 01-81-00817-CR & 01-82-00481-CR. Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On February 23, 2021, the trial court entered an order designating issues. The district clerk properly forwarded these applications to this Court under Texas Rule of Appellate Procedure 73.4(b)(5). However, the applications were forwarded before the trial court made findings of fact and conclusions of law. We remand these applications to the trial court to complete its evidentiary

investigation and make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: October 20, 2021
Do not publish